UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:  CASE NO. 09-34655
STEVEN ALBERT SENNE  Chapter 7
CONNIE JEAN SENNE,
    Debtors.

TRUSTEE'S NOTICE OF DEPOSIT OF SMALL DIVIDENDS

Gary D. Boyn, Trustee, notifies the Court, pursuant to Bankruptcy Rules 3010 and 3011 that Claimant 3, Radiologic Assoc. of NW Indiana, c/o Gregory Hagan, 304 W US Hwy 6, Valparaiso, IN 46385, is entitled to interim distribution on allowed claims in the amount of $1.51, which amount Trustee now deposits in the U.S. Bankruptcy Clerk's Registry Account, as small dividends, for the use and benefit of said claimant.

Dated: September 21, 2010  /s/ Gary D. Boyn
    Gary D. Boyn, Trustee
    121 W. Franklin St., Suite 400
    Elkhart, IN 46516
    (574) 294-7491

CERTIFICATE OF SERVICE

The undersigned hereby certifies service of the foregoing was sent electronically via the Bankruptcy Clerk's ECF System or has been made by placing a copy thereof in the United States mail, first class postage prepaid, this 21st day of September, 2010: Radiologic Assoc. of NW Indiana, c/o Gregory Hagan, 304 W US Hwy 6, Valparaiso, IN 46385,

U.S. Trustee's Office:  USTPRegion10.SO.ECF@usdoj.gov
Gary J. Schoof:  gary.schoof1@frontier.com

    /s/ Gary D. Boyn